UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
February 23, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
)   Case No. 2:07-mj-46 KJM
            Plaintiff, )
v. )   ORDER FOR RELEASE
)   OF PERSON IN CUSTODY
Ivy Jung Tran, )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Ivy Jung Tran  Case 2:07-mj-46 KJM  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___   Release on Personal Recognizance

    ___   Bail Posted in the Sum of _____

    _X_   Unsecured bond in the amount of $250,000 co-signed by defendant and 5 family members

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond secured by Real Property

    ___   Corporate Surety Bail Bond

    _X_   (Other) PTS conditions/supervision; defendant to surrender passport

Issued at  Sacramento, CA  on  2/23/07  at  1:25 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge