McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>             Plaintiff,             )<br>                                    )<br>        v.                          )<br>                                    )<br>VAN HUNG VI, et al.                 )<br>                                    )<br>             Defendant.             )<br>_____) | CR. No. S-07-059-LKK<br><br><u>TIME EXCLUSION ORDER</u> |

The captioned action came before the court on March 27, 2007. Upon the request of all parties, the Court continues the next hearing in this case to May 15, 2007 at 9:30 a.m.  According to the counsel, the government will provide additional discovery to defense counsel consisting of photographs taken during the execution of three search warrants and video surveillance of the defendants taken in the course of the investigation.  The government has provided 324 pages of reports involving the investigation in this case.  The continuance is necessary for counsel adequately to review the discovery provided by the government, go over the discovery with their respective clients and to conduct further investigation in the case.  The review of the discovery is further complicated because three of the five defendants need the services of a Cantonese

interpreter.  Thus, the requested continuance is for effective and diligent preparation in a complex case.

The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(ii), 3161 (h)(8)(B)(iv) (local codes T-2 and T-4) and time, therefore, will be excluded from March 27, 2007 through May 15, 2007.

DATE:   March 28, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT