DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TOMMY LY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VAN HUNG VI et alia,<br><br>　　　　Defendants. | No. CR. S-07-0059 LKK<br><br>**ORDER AFTER STATUS CONFERENCE**<br><br>Judge: Hon. Lawrence K. Karlton |

　　　This order memorializes the status conference held May 15, 2007.

　　　All parties requested that another status conference be scheduled for August 7, 2007, to afford counsel adequate time to complete their review of discovery and to assure continuity of defense counsel, accommodating summer vacation schedules. At the request of all counsel, the Court ordered time under the Speedy Trial Act excluded through August 7, 2007, for necessary preparation and because of the complexity of the multi-defendant, multi-event case (Local Code T2 and T4).

　　　IT IS SO ORDERED.

Dated: May 22, 2007

　　　　　　　　　　　　　　　　　/s/ Lawrence K. Karlton
　　　　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT