DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TOMMY LY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-07-0059 LKK |
| Plaintiff, | |
| v. | **ORDER AFTER STATUS CONFERENCE** |
| VAN HUNG VI et alia, | |
| Defendants. | Judge: Hon. Lawrence K. Karlton |

This order memorializes the status conference held August 7, 2007. All parties requested that another status conference be scheduled for October 30, 2007, to afford counsel adequate time to complete their review of discovery and to assure continuity of defense counsel, including newly-retained counsel for defendant Ivy Tran. At the request of all counsel, the Court ordered time under the Speedy Trial Act excluded through October 30, 2007, for necessary preparation (Local Code T4).

IT IS SO ORDERED.

Dated: August 8, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT