```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  TIMOTHY ZINDEL, Bar #158377
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5

 6  Attorney for Defendant
    TOMMY LY
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR. S-07-0059 LKK
                                 )
13              Plaintiff,       )
                                 ) ORDER AFTER STATUS CONFERENCE
14       v.                      )
                                 )
15  VAN HUNG VI et alia,         )
                                 ) Judge: Hon. Lawrence K. Karlton
16              Defendants.      )
    _____)
17
```

18      This order memorializes the status conference held October 30, 2007.

19      All parties requested, and the Court ordered, the following schedule
20  for filing of pretrial motions:

21          (1) motions due January 22, 2008;

22          (2) opposition due February 5, 2008;

23          (3) optional reply briefs due February 15, 2008.

24      The Court scheduled a non-evidentiary hearing on the motions for
25  February 26, 2008, at 9:30 a.m.

26      Also with the concurrence of all parties, the Court ordered time
27  under the Speedy Trial Act excluded through the filing of the motions
28  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).  The Court further

1  recognized that time is automatically excluded once the motions are
2  pending.
3          IT IS SO ORDERED.
4
5  Dated: : November 8, 2007
6
7                                           _____
8                                           LAWRENCE K. KARLTON
                                            SENIOR JUDGE
9                                           UNITED STATES DISTRICT COURT
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28