DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TOMMY LY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR. S-07-0059 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **MODIFYING PRETRIAL RELEASE** |
| | ) | **CONDITIONS** |
| VAN HUNG VI et al., | ) | |
| | ) | |
| Defendants. | ) | Judge: Hon. Lawrence K. Karlton |
| _____ | ) | |

It is hereby stipulated and agreed between plaintiff, United States of America, and defendants Van Hy Vi, Van Dat Vi, Ivy Jung Tran, and Tommy Ly, through their respective attorneys, that the condition of pretrial release prohibiting defendants Van Hy Vi, Van Dat Vi, Ivy Jung Tran, and Tommy Ly, from having contact with one another while on pretrial release may be vacated. Defendant Van Hung Vi, who remains in pretrial detention, is not included in this modification.

/////

/////

/////

Defendants Van Hy Vi, Van Dat Vi, and Tommy Ly are related to one another. They seek this modification at the recommendation of their Pretrial Services Officers.

```
                              Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender


Dated: January 19, 2008       /s/ T. Zindel
                              TIMOTHY ZINDEL
                              Assistant Federal Defender
                              Attorney for TOMMY LY


Dated: January 19, 2008       /s/ T. Zindel for D. Rappaport
                              DOUGLAS RAPPAPORT
                              Attorney for VAN HY VI

Dated: January 19, 2008       /s/ T. Zindel for K. Daly
                              KRESTA DALY
                              Attorney for VAN DAT VI

Dated: January 19, 2008       /s/ T. Zindel for O. Figueroa
                              OMAR FIGUEROA
                              Attorney for IVY JUNG TRAN

                              MCGREGOR SCOTT
                              United States Attorney


Dated: January 19, 2008       /s/ T. Zindel for M. Grad
                              MARY GRAD
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**O R D E R**

Defendant's conditions of pretrial release are modified as set forth above.

IT IS SO ORDERED.

```
DATED: 01/22/08               /s/ Gregory G. Hollows
                              United States Magistrate Judge
```

vi.ord

Stip. & Order                                2