McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>             Plaintiff,   )<br>                            )<br>        v.                  )<br>                            )<br> VAN HUNG VI, et al.         )<br>                            )<br>             Defendants.    )<br> _____) | CR. No. S-07-059-LKK<br><br>STIPULATION RESETTING<br>BRIEFING SCHEDULE |

On October 30, 2007, the partes set the following briefing schedule in the captioned action: Defendants to file motions to suppress on or before January 22, 2008; the government oppositions to be filed on or before February 5, 2008; the defendant's replies to be filed on or before February 15, 2008; with the non-evidentiary hearing before the court set for February 26, 2008 at 9:30 a.m. Defendants' timely filed their motions on January 22, 2008.

On January 28, 2008, government counsel learned that her daughter needed surgery on a priority basis. With the surgery and recovery period, Ms. Grad will be away from the office in Los Angeles, CA for most of February 2008. Accordingly, to accommodate Ms. Grad's unanticipated absence from the office, as well as other counsels' current schedules, the parties agree and hereby stipulate

1

that the remaining briefing schedule and hearing date will be amended as follows: the government's oppositions to defendants' motions to suppress to be filed on or before March 25, 2008; the defendants' reply to be filed on or before April 4, 2008; and the non-evidentiary hearing to be held before the court on April 15, 2008 at 9:30.

Time under the Speedy Trial Act is currently excluded based upon the defendants' filing of their motions to suppress on January 22, 2008.

```
                                    McGREGOR W. SCOTT
                                    United States Attorney

Dated: February 1, 2008             By /s/ Mary L. Grad
                                    MARY L. GRAD
                                    Assistant U.S. Attorney


Dated; February 1, 2008             /s/ Douglas Horngrad
                                    DOUGLAS HORNGRAD
                                    Counsel for Van Hung Vi


Dated: February 1, 2008             /s/ Omar Figueroa
                                    OMAR FIGUEROA
                                    Counsel to Ivy Tran


Dated: February 1, 2008             /s/ Timothy Zindel
                                    TIMOTHY ZINDEL
                                    Counsel to Tommy Ly


Dated: February 1, 2008             /s/ Douglas Rappaport
                                    DOUGLAS RAPPAPORT
                                    Counsel to Van Hy Vi


Dated: February 1, 2008             /s/ Kresta Daley
                                    KRESTA DALEY
                                    Counsel to Van Dat Vi
```

SO ORDERED.

DATE: February 1, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT