McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2763

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>     v.                       )<br>                              )<br> VAN HUNG VI, et al.          )<br>                              )<br>            Defendant.        )<br> _____) | CR. No. S-07-059-LKK<br><br><br><u>ORDER RE STATUS CONFERENCE</u> |

The captioned action came before the court on April 15, 2008. There are a number of pending motions before the court and the parties set a schedule for additional briefing on the motions with another non-evidentiary hearing to occur on June 10, 2008. Following the hearing, the parties agreed to make a concerted effort to resolve the case prior to any additional briefing on the matter. Only counsel for Van Hy Vi has filed an additional brief.

On May 29, 2008, Van Hung Vi retained Johnny L. Griffin III to represent him in this matter, substituting and replacing Douglas Horngrad as counsel of record for Van Hung Vi.

///

///

///

1

1   Accordingly, the non-evidentiary hearing date set for June 10,
2   2008 will be converted to a status conference date so that further
3   proceedings may be scheduled in light of new counsel in the case.
4
5
    DATE: June 5, 2008
6
7   _____
    LAWRENCE K. KARLTON
8   SENIOR JUDGE
    UNITED STATES DISTRICT COURT