**DOUGLAS L. RAPPAPORT (SBN 136194)**
**MICHELLE M. THOMSON (SBN 193658)**
Attorneys at Law
260 California Street, Suite 1002
San Francisco, CA 94111
(415) 989-7900

Attorneys for Defendant
**VAN HY VI**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:07-CR-0059 LKK |
| Plaintiff, | |
| v. | |
| VAN HY VI, et al | **STIPULATION AND ORDER** |
| | **CONTINUING STATUS CONFERENCE** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Mary Grad, counsel for the plaintiff, and below signed counsel in the above mentioned case, that with regard to the status conference now scheduled for June 10, 2008 at 9:30 a.m., is continued until July 8, 2008 at 9:30a.m. for status conference, or as soon thereafter as is convenient for the Court. The stipulated reset is requested to afford newly retained counsel, Johnny L. Griffin, III, time to address issues in Mr. Van Hung Vi's case.

No party objects to the requested continuance.

The court interpreter coordinator, Yolanda Riley Portal has been notified and has indicated that July 8, 2008 is an available date for the interpreter's office.

//

//

IT IS SO STIPULATED.

Dated: 6/6/08                            _____/s/_____
**MARY GRAD**
Counsel for Plaintiff

Dated: 6/6/08                            _____/s/_____
**DOUGLAS L. RAPPAPORT**
Counsel for **VAN HY VI**

Dated: 6/6/08                            _____/s/_____
**TIMOTHY ZINDEL**
Counsel for **TOMMY LY**

Dated: 6/6/08                            _____/s/_____
**KRESTA NORA DALY**
Counsel for **VAN DAT VI**

Dated: 6/6/08                            _____/s/_____
**OMAR FIGUEROA**
Counsel for **IVY TRAN**

Dated: 6/6/08                            _____/s/_____
**JOHNNY L. GRIFFIN, III**
Counsel for **VAN HUNG VI**

**ORDER**

**IT IS SO ORDERED**
     The status conference currently scheduled for 06/10/2008 is hereby RESET to 07/08/2008 at 9:30 a.m. Time continued to be excluded due to pending motions.

Dated: June 6, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT