1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

6  Attorney for Defendant
   TOMMY LY

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

12 UNITED STATES OF AMERICA,      ) No. 2:07-CR-0059 LKK
                                  )
13              Plaintiff,        )
                                  ) **ORDER AFTER HEARING**
14       v.                       )
                                  )
15 VAN HUNG VI et al.,            ) Judge: Hon. Lawrence K. Karlton
                                  )
16              Defendants.       )
   _____)

18       At the status conference held July 8, 2008, the Court granted the
19 parties' request for additional time to prepare and scheduled a further
20 status conference for Wednesday, September 3, 2008, at 9:30 a.m.  The
21 Court ordered time excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) and
22 (B)(ii) (Local Code T2) in light of the ongoing complexity of the case
23 and the hiring of new counsel by defendant Van Hung Vy.

24       IT IS SO ORDERED.

26 DATED:  July 11, 2008

                                  _____
27                                LAWRENCE K. KARLTON
                                  SENIOR JUDGE
28                                UNITED STATES DISTRICT COURT