IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,     )
                              )    CR. No. S-07-059-LKK
          Plaintiff,          )
                              )
     v.                       )
                              )    TIME EXCLUSION ORDER
VAN HUNG VI, VAN HY VI and    )
IVY JUNG TRAN,                )
                              )
          Defendants.         )
_____)
```

Upon the request of the government and the defendants, the Court continues the next status conference date from September 3, 2008 to October 15, 2008 at 9:15 a.m.  According to counsel, the defendants have received plea offers from the government and need additional time to consider developments in the case and  discuss possible dispositions in this case.  The  continuance is necessary for counsel adequately to review the plea offers and conduct further investigation   Thus, the requested continuance is for effective and diligent preparation in this case.

///
///
///
///

1  The Court finds that the interests of justice served by
2 granting this continuance outweigh the best interests of the
3 public and the defendant in a speedy trial.  18 U.S.C. § 3161
4 (h)(8)(B)(iv) (local code T-4) and time, therefore, will be
5 excluded from September 3, 2008 through October 15, 2008.

DATE: September 23, 2008

_Lawrence K. Karlton_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2