McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  916-554-2763

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. S-07-059-LKK |
| | ) | |
| Plaintiff, | ) | MOTION AND ORDER |
| | ) | DISMISSING INDICTMENT |
| v. | ) | |
| | ) | |
| IVY JUNG TRAN, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America, by and through its undersigned attorney, Mary L. Grad, Assistant United States Attorney, respectfully requests that this Court dismiss without prejudice the above-captioned Indictment, filed February 22, 2007, against defendant IVY JUNG TRAN.

///
///
///
///
///
///

1

This motion is made pursuant to the provisions of Rule 48(a) of the Federal Rules of Criminal Procedure

DATED: October 14, 2008                McGREGOR W. SCOTT
                                       United States Attorney


                                       By  /s Mary L. Grad
                                          MARY L. GRAD
                                       Assistant U.S. Attorney



O R D E R


It is ordered that the above-captioned Indictment be and is hereby dismissed without prejudice against IVY JUNG TRAN.

DATED: October 14, 2008


_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT