UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                    CR 07-59 LKK

    v.                           ORDER FOR
                                RETURN OF PASSPORT

IVY JUNG TRAN,

    Defendant.
_____/

    Upon request of defendant and good cause appearing,

    IT IS HEREBY ORDERED that the Clerk of the Court return U.S. Passport No. 057200204 to Ivy Tran. The Clerk is requested to advise defendant's attorney, Omar Figueroa, 415/986-5591, when the passport is available, and counsel will arrange for defendant to personally pick up her passport from the Clerk's Office.

    Dated: October 20, 2008

                                      LAWRENCE K. KARLTON
                                      SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331